

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Sarah Allison Thornton**
CLERK OF COURT

June 8, 2005

Rodney C. Early, Clerk
304 US Courthouse
68 Court Street
Buffalo, NY 14202-1368

IN RE: MDL DOCKET No. 1456   In Re: Pharmaceutical Industry Average
Wholesale Price Litigation
USDC - Massachusetts Lead Case No. 1:01CV12257-PBS

6:05-CV-6138

Dear Mr. Early:

Enclosed is a certified copy of the Order of the Judicial Panel on Multi-District Litigation, transferring the cases on the attached listing to the U.S. District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to Title 28 United States Code Section 1407. These cases have been assigned to the Honorable Patti B. Saris.

In accordance with the Rules concerning Multi-District Litigation, please forward the original case file, along with a certified copy of the docket entries and a copy of the transfer order for the case now pending in your district as indicated above. Also include a copy of this letter when transmitting your records to the above address.

Your prompt attention to this matter is greatly appreciated. If you should have any questions, please do not hesitate to contact the undersigned at 617-748-9113, Robert Alba, Courtroom Clerk for Judge Saris at 617-748-9175 or Christine Patch, Docket Clerk for Judge Saris, at 617-748-9178.

Sincerely,

Kimberly M. Abaid
Deputy Clerk

Information Copy to:   Michael Beck, Clerk of the Panel
Counsel of Record
Robert Alba
Christine Patch

CLOSED, CLOSED_2005, MWP

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
## CIVIL DOCKET FOR CASE #: 6:05-cv-06138-MAT

County of Wayne v. Abbott Laboratories, Inc. et al
Assigned to: Hon. Michael A. Telesca
Related Case: 6:05-cv-06223-MAT
Cause: 42:1396 - Tort Negligence

Date Filed: 03/30/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**County of Wayne**      represented by   **Aaron D. Hovan**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger W. Kirby**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10

New York, NY 10022
(212) 371-6600
Fax: 212-751-2540
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Alcon Laboratiories, Inc.**

**Defendant**

**Allergan, Inc.**

**Defendant**

**Alpharma, Inc.**

**Defendant**

**Amgen, Inc.**

**Defendant**

**Andrx Corporation**

**Defendant**

**AstraZeneca Pharmaceuticals L.P.**

**Defendant**

**Aventis Pharmaceuticals, Inc.**

**Defendant**

**Barr Laboratories, Inc.**

**Defendant**

**Bayer Corporation**

**Defendant**

**Ben Venue Laboratories, Inc.**

**Defendant**

**Berlex Laboratories, Inc.**

**Defendant**

**Biogen Idec, Inc.**

**Defendant**

**Biovail Pharmaceuticals, Inc.**

**Defendant**

**Boehringer Ingelheim Corporation**

**Defendant**

**Boehringer Ingelheim Corporation**

**Defendant**

**Bristol-Meyers Squibb Company**

**Defendant**

**Dermik Laboratories, Inc.**

**Defendant**

**Dey Inc.**

**Defendant**

**Eisai Inc.**

**Defendant**

**Eli Lilly and Company**

**Defendant**

**Endo Pharmaceuticals Inc.**

**Defendant**

**Ethex Corporation**

**Defendant**

**Forest Laboratories, Inc.**

**Defendant**

**Forest Pharmaceuticals, Inc.**

**Defendant**

**Fujisawa Healthcare, Inc.**

**Defendant**

**Fujisawa USA, Inc.**

**Defendant**

**Genentech, Inc.**

**Defendant**

**Genzyme Corporation**

**Defendant**

**Gilead Sciences, Inc.**

**Defendant**

**Glaxosmithkline PLC**

**Defendant**

**Greenstone, LTD**

**Defendant**

**Hoffman-LaRoche, Inc.**

**Defendant**

**Immunex Corporation**

**Defendant**

**Ivax Corporation**

**Defendant**

**Ivax Pharmaceuticals Inc.**

**Defendant**

**Janssen Pharmaceutica Products, LP**

**Defendant**

**Johnson & Johnson**

**Defendant**

**King Pharmaceuticals, Inc.**

**Defendant**

**McNeil-PPC, Inc.**

**Defendant**

**MedImmune, Inc.**

**Defendant**

**Merck & Co., Inc.**

**Defendant**

**Monarch Pharmaceuticals, Inc.**

**Defendant**

**Mylan Laboratories, Inc.**

**Defendant**

**Novartis P Mylan Pharmaceuticals, Inc.**

**Defendant**

**Novartis Pharmaceuticals Corporation**

**Defendant**

**Novo Nordisk Pharmaceuticals, Inc.**

**Defendant**

**Oncology Therapeutics Network Corp.**

**Defendant**

**Organon Pharmaceuticals USA, Inc.**

**Defendant**

**Ortho Biotech Products, LP**

**Defendant**

**Ortho-McNeil Pharmaceutical, Inc.**

**Defendant**

**Par Pharmaceutical, Inc.**

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**Purdue Pharma, L.P.**

**Defendant**

**Purepac Pharmaceutical Co.**

**Defendant**

**Reliant Pharmaceuticals, LLC**

**Defendant**

**Roche Laboratories, Inc.**

**Defendant**

**Roxane Laboratories, Inc.**

**Defendant**

**Sandoz, Inc.**

**Defendant**

**Sanofi-Synthelabo, Inc.**

**Defendant**

**Schering-Plough Corp.**

**Defendant**

**Serono, Inc.**

**Defendant**

**Smithkline Beecham Corporation**
*doing business as*
Glaxosmithkline

**Defendant**

**Takeda Pharmaceuticals North America, Inc.**

**Defendant**

**Tap Pharmaceutical Products, Inc.**

**Defendant**

**Teva Pharmaceutical USA, Inc.**

**Defendant**

**UCB Pharma, Inc.**

**Defendant**

**UDL Laboratories, Inc.**

**Defendant**

**Warrick Pharmaceuticals Corporation**

**Defendant**

**Watson Pharma, Inc.**

**Defendant**

**Watson Pharmaceuticals, Inc.**

**Defendant**

**Wyeth**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 03/30/2005 | 1 | COMPLAINT against all defendants ( Filing fee $ 250 receipt number 67454.), filed by County of Wayne. (Attachments: # 1 Complaint Part 2 of 3# 2 Complaint (Part 3 of 3)# 3 Exhibit A Part 1 of 5# 4 Exhibit A Part 2 of 5# 5 Exhibit A Part 3 of 5# 6 Exhibit A Part 4 of 5# 7 Exhibit A Part 5 of 5# 8 Exhibit B# 9 Exhibit C# 10 Exhibit D# 11 Exhibit E# 12 Alphabetical Listing of Defendants)(BJB, ) (Entered: 04/04/2005) |
| 03/30/2005 | | Summons Issued as to Amgen, Inc., Andrx Corporation, AstraZeneca Pharmaceuticals L.P., Aventis Pharmaceuticals, Inc., Barr Laboratories, Inc., Bayer Corporation, Ben Venue Laboratories, Inc., Berlex Laboratories, Inc., Biogen Idec, Inc., Biovail Pharmaceuticals, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Corporation, Bristol-Meyers Squibb Company, Dermik Laboratories, Inc., Dey Inc., Eisai Inc., Eli Lilly and Company, Endo Pharmaceuticals Inc., Ethex Corporation, Forest Laboratories, Inc., Forest Pharmaceuticals, Inc., Fujisawa Healthcare, Inc., Fujisawa USA, Inc., Genentech, Inc., Genzyme Corporation, Gilead Sciences, Inc., Glaxosmithkline PLC, Greenstone, LTD, Hoffman-LaRoche, Inc., Immunex |

| | | |
|---|---|---|
| | | Corporation, Ivax Corporation, Ivax Pharmaceuticals Inc., Janssen Pharmaceutica Products, LP, Johnson & Johnson, King Pharmaceuticals, Inc., McNeil-PPC, Inc., MedImmune, Inc., Merck & Co., Inc., Monarch Pharmaceuticals, Inc., Mylan Laboratories, Inc., Mylan Pharmaceuticals, Inc., Novartis Pharmaceuticals Corporation, Novo Nordisk Pharmaceuticals, Inc., Oncology Therapeutics Network Corp., Organon Pharmaceuticals USA, Inc., Ortho Biotech Products, LP, Ortho-McNeil Pharmaceutical, Inc., Abbott Laboratories, Inc., Par Pharmaceutical, Inc., Pfizer, Inc., Pharmacia Corporation, Purdue Pharma, L.P., Purepac Pharmaceutical Co., Reliant Pharmaceuticals, LLC, Roche Laboratories, Inc., Roxane Laboratories, Inc., Sandoz, Inc., Sanofi-Synthelabo, Inc., Agouron Pharmaceuticals, Inc., Schering-Plough Corp., Serono, Inc., Smithkline Beecham Corporation, Takeda Pharmaceuticals North America, Inc., Tap Pharmaceutical Products, Inc., Teva Pharmaceutical USA, Inc., UCB Pharma, Inc., UDL Laboratories, Inc., Warrick Pharmaceuticals Corporation, Watson Pharma, Inc., Alcon Laboratiories, Inc., Watson Pharmaceuticals, Inc., Wyeth, Allergan, Inc., Alpharma, Inc.. (BJB, ) (Entered: 04/04/2005) |
| 06/01/2005 | 2 | ORDER STAYING CASE pending the resolution of the transfer issue by the Panel on Multidistrict Litigation.. Signed by Hon. Michael A. Telesca on 5/31/05. (BJB, ) (Entered: 06/06/2005) |
| 06/10/2005 | 3 | MDL ORDER transferring the action to the Panel at the US District Court for the District of Massachusetts. Signed by Clerk of the Panel on 5/31/05. (BJB, ) (Entered: 06/21/2005) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 06/24/2005 15:32:03 |

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:05-cv-06138-MAT |
| Billable Pages: | 4 | Cost: | 0.32 |